

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

April 17, 2014

| | |
|---|---|
| No.: | 14-35318 |
| D.C. No.: | 3:13-cv-05503-RBL |
| Short Title: | In re: Meridian Sunrise Village LLC, et al v. Meridian Sunrise Village LLC |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**THE TIME SCHEDULE ORDER WILL BE SENT AT A LATER DATE.**

**The due dates for filing the parties' briefs and otherwise perfecting the appeal may be set by a future "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**